## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TERRY LYNN CASEY**                                                                      **PLAINTIFF**

**vs.**                             **CASE NO. 4:07CV175 JMM**

**ROBERT BIRD, ET AL.**                                                 **DEFENDANTS**

### **ORDER**

The case is referred to the United States Magistrate Judge for all pretrial matters, including a recommended disposition. The Clerk is directed to provide a copy of this Order to the Magistrate Judge.

IT IS SO ORDERED this __1__ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE