IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY LYNN CASEY                                                                                     PLAINTIFF
ADC #113705

VS.                                        CASE NO. 4:07CV00175 JMM

GRNT COUNTY SHERIFF
DEPARTMENT, et al.                                                                              DEFENDANTS

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this    20    day of    August   , 2007.

_____
UNITED STATES DISTRICT JUDGE